# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Eric Smith, | Case No. 23-CV-2196 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| City of Duluth, et al., | |
| Defendants. | |

---

This matter is before the court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated February 21, 2024. (Doc. No. 7.) The R&R recommends that Plaintiff Eric Smith's Complaint under 42 U.S.C. § 1983 (Doc. No. 1) be dismissed without prejudice under Rule 41(b) for failure to prosecute. (*See* Doc. No. 7.) Smith did not file any objections to the R&R and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 7) is ADOPTED;

2. This matter is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  April X, 2024                                                  /s/XXXXXXX
                                                                                                     Judge Jeffrey M. Bryan
                                                                                                     United States District Court